B6F (Official Form 6F) (12/07)

In re **Gina J Munao**,                                                     Case No. **13-81894**
                                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Cach, LLC**<br>**4340 S. Monaco St.**<br>**Unit 2**<br>**Denver, CO 80237-3408** | | - | **Fifth Third Bank** | | | X | **365.00** |
| Account No.<br><br>**Capio Partners, LLC**<br>**2222 Texoma Parkway**<br>**Suite 150**<br>**Sherman, TX 75090-2481** | | - | **Aventura Hosp Medical Center** | | | X | **227.00** |
| Account No.<br><br>**Chase**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** | | - | **Installment Loan** | | | X | **29,985.00** |
| Account No.<br><br>**Creditors Collection Bureau**<br>**755 Almar Pkwy**<br>**Bourbonnais, IL 60914** | | - | **Greater Elgin Emergency Specialists** | | | X | **205.00** |

__3__ continuation sheets attached

Subtotal (Total of this page)   **30,782.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gina J Munao**, Case No. **13-81894**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Fifth Third Bank**<br>**David L. Hazan, Esq.**<br>**111 N. County Street**<br>**Waukegan, IL 60085** | X | - | **Fifth Third Bank v. Monarch Hospice & Palliative (12-L-254)** | | | X | **20,000.00** |
| Account No.<br>**Fifth Third Bank**<br>**5050 Kingsley Dr.**<br>**Cincinnati, OH 45263** | | - | **Credit card purchases** | | | X | **2,199.00** |
| Account No.<br>**Fifth Third Bank**<br>**5050 Kingsley Dr.**<br>**Cincinnati, OH 45263** | | - | **Credit card purchases** | | | X | **Unknown** |
| Account No.<br>**GECRB/ Mohawk Color CTR**<br>**PO Box 981439**<br>**El Paso, TX 79998** | | - | **Credit card purchases** | | | X | **Unknown** |
| Account No.<br>**Harris & Harris, Ltd.**<br>**111 W. Jackson Blvd. Suite 400**<br>**Chicago, IL 60604** | | - | **Advocate Good Shepherd Hospital** | | | X | **1,114.00** |

Sheet no. __1__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **23,313.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gina J Munao**, Case No. **13-81894**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**HSBC Bank**<br>**PO BOX 5253**<br>**Carol Stream, IL 60197** | | - | **Credit card purchases** | | | X | **Unknown** |
| Account No.<br>**HSBC Bank**<br>**PO BOX 5253**<br>**Carol Stream, IL 60197** | | - | **Credit card purchases** | | | X | **Unknown** |
| Account No.<br>**Jeffrey Flanzbaum**<br>**c/o Alan Hoffenberg**<br>**180 N. LaSalle St., Suite 1919**<br>**Chicago, IL 60601** | | - | **Flanzbaum v. Munao, 09-D-000516** | | | X | **Unknown** |
| Account No.<br>**Jim Powers, Esq.**<br>**POWERS & AHERN LLC**<br>**30 N.LASALLE #3400**<br>**Chicago, IL 60602** | | - | **Attorney's fees** | | | X | **30,000.00** |
| Account No.<br>**Karen Tabloff**<br>**1N569 Creekside Ct.**<br>**Lombard, IL 60148** | X | - | **Monach Hospice and Palliative Care, Inc./ Yolanda Ybarra** | | | X | **17,000.00** |

Sheet no. **2** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **47,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gina J Munao**, Case No. **13-81894**

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Monarch Hospice & Palliative Care**<br>**33 West Higgins Road, Suite 910**<br>**South Barrington, IL 60010** | | - | | | | X | **Unknown** |
| Account No.<br>**National Credit Adjusters**<br>**327 W. 4th Ave.**<br>**Hutchinson, KS 67504** | | - | | | | X | **Unknown** |
| Account No.<br>**Portfolio Recovery**<br>**120 Corporate Blvd.**<br>**Norfolk, VA 23502** | | - | **Collection** | | | X | **771.00** |
| Account No.<br>**Robert Riker**<br>**3537 E. CR462**<br>**Wildwood, FL 34785** | X | - | **Monarch Hospice & Palliative Care, Inc.** | | | X | **28,000.00** |
| Account No. | | | | | | | |

Sheet no. **3** of **3** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **28,771.00**

Total (Report on Summary of Schedules) **129,866.00**