01/2012

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE:

Gina J Munao

Case No. 13-81894
Chapter 13

Debtor(s)

## DECLARATION REGARDING ELECTRONIC FILING
## FOR DOCUMENTS FILED AFTER PETITION

Re: SCHEDULES A, B, C, G, H, I, J; AMENDED SCHEDULE F; AMENDED STATEMENT OF FINANCIAL AFFAIRS; DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S); CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD AND DISPOSABLE INCOME; and ORIGINAL CHAPTER 13 PLAN

(Specify Document)

I (We), Gina J Munao and , the undersigned individual(s), hereby declare under penalty of perjury that I have reviewed the

See Above

being filed simultaneously with this Declaration and that the information therein is true and correct.

Gina J Munao
Printed or Typed Name of Debtor or Other Person

[signature]
Signature of Debtor or Other Person

June 5, 2013
Date

Printed or Typed Name of Joint Debtor

Signature of Joint Debtor

Date