## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

IN RE:

    Gina J Munao

Debtor(s)

Case No.: 13 B 81894

Chapter: 13

Judge Thomas M. Lynch

### ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES

The undersigned, a duly qualified attorney admitted to practice before this Court, hereby enters an appearance in the within captioned matter on behalf of JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, and/or its assigns and requests all notices, pleadings, motions, orders, applications and other documents filed and/or served in this case be sent to them at the following address:

> Berton J. Maley ARDC#6209399
> Gloria C. Tsotsos ARDC#6274279
> Jose G. Moreno ARDC#6229900
> Rachael A. Stokas ARDC#6276349
> Peter C. Bastianen ARDC#6244346
> Joel P. Fonferko ARDC#6276490
> Maria A. Georgopoulos ARDC#6281450
> Jessica S. Naples ARDC#6304951
> **Codilis & Associates, P.C.**
> 15W030 North Frontage Road, Suite 100
> Burr Ridge, IL 60527
> (630) 794-5300
> **C&A FILE (14-13-13405)**

Dated June 6, 2013.

> By: /s/ Gloria Tsotsos

NOTE: This law firm is deemed to be a debt collector.