UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | Case No. 13-81894 |
| GINA J. MUNAO, | ) | Hon. Judge Thomas M. Lynch |
| | ) | Hearing Date: September 9, 2013 |
| Debtor. | ) | Hearing Time: 9:00 a.m. |

## NOTICE OF FILING

To:   See Attached Service List

PLEASE TAKE NOTICE THAT on September 4, 2013, **DEBTOR'S RESPONSE TO OBJECTION OF NORA WILLIAMS IN RESPONSE TO DEBTOR'S MOTION FOR ORDER (I) AUTHORIZING THE SALE OF THE DEBTOR'S INTEREST IN STOCK; (II) TO AVOID A JUDICIAL LIEN THAT IMPAIRS AN EXEMPTION IN PERSONAL PROPERTY; AND (III) GRANTING RELATED RELIEF** to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, copies of which are attached hereto and served upon you

**GINA J. MUNAO**, Debtor


By**:**     /s/ Ariel Weissberg    __
         One of her attorneys


Ariel Weissberg, Esq. (No. 03125591)
Weissberg and Associates, Ltd.
401 S. LaSalle St., Suite 403
Chicago, IL  60605
T. 312-663-0004
F. 312-663-1514

## CERTIFICATE OF SERVICE

      I, Ariel Weissberg, certify that on September 4, 2013, I caused **DEBTOR'S RESPONSE TO OBJECTION OF NORA WILLIAMS IN RESPONSE TO DEBTOR'S MOTION FOR ORDER (I) AUTHORIZING THE SALE OF THE DEBTOR'S INTEREST IN STOCK; (II) TO AVOID A JUDICIAL LIEN THAT IMPAIRS AN EXEMPTION IN PERSONAL PROPERTY; AND (III) GRANTING RELATED RELIEF** to be filed electronically. Notice of this filing was sent by the court's ECF electronic transmission to the following parties:

| Patrick S. Laying, Esq.<br>Office of the U.S. Trustee<br>219 South Dearborn, 8th Floor<br>Chicago, IL 60604 | Lydia Meyer, Esq.<br>Lydia Meyer − 13 Trustee<br>P.O. Box 14127<br>Rockford, IL 61105−4127 | John P. Dickson, Esq.<br>Bruning & Associates, P.C.<br>333 Commerce Dr., Suite 900<br>Crystal Lake, IL 60014<br>By Email:<br>jdickson@bruninglaw.com |
|---|---|---|
| Gloria C Tsotsos, Esq.<br>Codilis & Associates PC<br>15W030 North Frontage Rd.<br>Suite 100<br>Burr Ridge, IL 60527<br>nd-two@il.cslegal.com<br>(Representing J.P. Morgan Chase) | | |

and on September 4 to the following parties by electronic transmission:

Cornelius P. Brown, Esq.
Caroline Kwak, Esq.
Cohon Raizes & Regal, LLP
208 S. LaSalle, Suite 1860
Chicago, IL 60604
By Email: nbrown@cohonraizes.com

                                    _____/s/ Ariel Weissberg\_\_\_\_\_
                                          Ariel Weissberg